FILED

10/31/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0528

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0528

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.                                 ORDER

MICHAEL ANTHONY PARKER,

     Defendant and Appellant.

_____

The parties to this appeal have filed a stipulation and motion to dismiss the appeal with prejudice. The parties stipulate that the case should be remanded to the Eighth Judicial District Court, Cascade County, for a new sentencing hearing, and that the appeal should be dismissed upon that remand. The parties further move that remittitur should issue immediately. Good cause appearing,

IT IS ORDERED that this matter is remanded for the Eighth Judicial District Court, Cascade County, and ordered that a new sentencing hearing be held.

IT IS FURTHER ORDERED that the remainder of this appeal is DISMISSED with prejudice.

IT IS FURTHER ORDERED that remittitur shall issue immediately.

The Clerk is directed to provide copies of this Order to all counsel of record and to the Honorable David J. Grubich, presiding judge.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 31 2023